ARTHUR G. MEYER, Plaintiff, *v.* IDA McCORD MEYER, Defendant.

Supreme Court, New York County, October 14, 1927.

Intoxicating liquors — action to recover possession of liquor — complaint
   insufficient for failure to allege plaintiff is legally entitled to possession
   under National Prohibition Act, § 33.

The complaint in this action to recover the possession of liquor held by defendant
   does not allege facts demonstrating that plaintiff is legally entitled, under
   section 33 of the National Prohibition Act, to the possession of the liquor, and
   must be dismissed.

MOTION by the defendant to dismiss the complaint.

*Wellman, Smyth & Scofield*, for the plaintiff, opposed.

*Hughes, Rounds, Schurman & Dwight*, for the defendant, for
the motion.

FRANKENTHALER, J. Motion to dismiss complaint is granted,
without costs, with leave to serve an amended complaint within
ten days. The complaint should affirmatively allege facts showing
that plaintiff is legally entitled, under the National Prohibition
Act, to the possession of the liquor for the detention of which this
action is brought. (*Lundy* v. *Orr*, 205 App. Div. 296; *Lennox* v.
*Meehan*, 121 Misc. 678, 680; Nat. Prohibition Act [41 U. S. Stat.
at Large, 317, § 33; U. S. Code, tit. 27, § 50]; *Gonch* v. *Republic
Storage Co., Inc.*, 245 N. Y. 272.)